# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MARIA LETICIA PATRICIO, ET AL | ) |

CR521-0009

INDICTMENT NO.

18 U.S.C. § 1349
Conspiracy to Commit
Mail Fraud

18 U.S.C. § 1341
Mail Fraud

18 U.S.C. § 1594
Conspiracy to Engage in
Forced Labor

18 U.S.C. § 1589
Forced Labor

18 U.S.C. § 1956(h)
Conspiracy to Commit
Money Laundering

18 U.S.C. § 1512
Tampering with a Witness

Aiding and Abetting
18 U.S.C. § 2

## MOTION TO SEAL INDICTMENT

The United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to seal the above-styled indictment until such time as the defendants are in custody or have been released pending trial.

WHEREFORE, the government moves that the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

Respectfully submitted this 5th day of October 2021.

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947