**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

UNITED STATES OF AMERICA

v.

DANIEL MENDOZA

Defendant.

CASE NO.: 5:21-CR-9-2

## JOINT STATUS REPORT

I. Date of Status Report Conference: February 12, 2024

II. Conference Attendees:

| Name | Role |
|---|---|
| Tania D. Groover | Assistant United States Attorney |
| Kimberly Copeland | Defendant's Attorney |

III. Pretrial Motions.

☒ All pretrial motions have been satisfied or otherwise resolved.

☐ The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |

**Complete Remaining Portions Only In Judge Baker Cases**

IV.  Are the parties prepared to proceed to trial? If so, list three potential dates for a telephonic status conference with the presiding District Judge. Yes/No

| Dates for Telephonic Conference |
|---|
| _____ |
| _____ |
| _____ |

V.  Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request? Yes/No

| Additional Time Requested |
|---|
|  |

This day February 12, 2024.

/s/   Tania D. Groover
      Assistant United States Attorney


/s/   Kimberly Copeland
      Defense Counsel