# In the United States District Court for the Southern District of Georgia
## Waycross Division

UNITED STATES OF AMERICA,

v.

DANIEL MENDOZA,

Defendant.

CR 521-009-2

### ORDER

Before the Court is Defendant Daniel Mendoza's motion to travel. Dkt. No. 963. One of the conditions of Defendant's pretrial release is that he must not leave the Southern District of Georgia or the Middle District of Florida without first getting permission from the Court or United States Probation. Dkt. No. 268 at 2.

In his motion, Defendant seeks permission to travel to Duck Key, Florida, from May 5-11, 2024. After consideration, and there being no objection from United States Probation or the Government, the motion, dkt. no. 963, is **GRANTED**. Defendant shall be allowed to travel as specified in his motion and then return immediately to this District or the Middle District of Florida.

**SO ORDERED**, this 17 day of April, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA