| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 5:21CR00009-2 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec2. Court)* |
| | | 8:25-cr-33-VMC-SPF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District Of Georgia | Waycross |
| Daniel Mendoza | NAME OF SENTENCING JUDGE | |
| | Lisa Godbey Wood, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/26/2024 | TO 7/25/2027 |

OFFENSE

Conspiracy to commit mail fraud, 18 U.S.C § 1349 and 2

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mendoza was born in and is a lifelong resident of Florida. As such, the United States Probation Office in the Middle District of Florida has requested jurisdiction of this case based on his intent to remain in said district.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   GEORGIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of Florida   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 20, 2024
*Date*

LISA GODBEY WOOD
UNITED STATES DISTICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   FLORIDA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/4/2025
*Effective Date*

Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

1